IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GARY L. MOSLEY, JR.,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2701
LT Case No. 2009-CF-002134-A

Decision filed April 11, 2023

3.800 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Gary L. Mosley, Jr., Sneads, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, HARRIS and KILBANE, JJ., concur.